# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL C. COURTOIS, | ) | 1:06-cv-00182-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 3) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| USA, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 17, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed because the claim challenging Petitioner's sentence and conviction should have been filed as a motion pursuant to 28 U.S.C. § 2255 and because Petitioner's claim of civil rights violations should be dismissed because they should have been filed as a claim under 42 U.S.C. § 1983.  (Doc. 3). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  To date, the

1  parties have not filed timely objections to the Findings and Recommendation.

2  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed December 17, 2006 (Doc. 3), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    January 25, 2008**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE